CHARLES F. MULLER et al., as Executors of and Trustees under the Will of THOMAS W. EVANS, Deceased, Respondents, *v.* THE CITY OF PHILADELPHIA et al., Defendants.

THE THOMAS W. EVANS MUSEUM AND INSTITUTE SOCIETY et al., Respondents, and CHARLES H. ENOS, JR., as Ancillary Executor under the Will of JULIETTE C. HENDERSON, Deceased, Appellant.

Reported below, 154 App. Div. 930.
(Argued February 24, 1913; decided March 4, 1913.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the first

judicial department, entered January 15, 1913, which affirmed an order of Special Term modifying a judgment theretofore entered in favor of the appellant herein in an action to obtain the construction of a will.

The motion was made upon the ground that the order was not appealable as of right to the Court of Appeals and that permission to appeal had not been obtained.

*Charles H. Tuttle* for motion.

*J. Noble Hayes* opposed.

Motion denied, with ten dollars costs.